### In re Kevin W. LANG and James W. Dibble.

No. 2013–1639.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2014.

Jonathan D. Ball, Greenberg Traurig, LLP, of New York, NY, argued for appellants. Of counsel was Richard C. Pettus.

Joseph G. Piccolo, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Nathan K. Kelley, Solicitor, and Michael S. Forman, Associate Solicitor.

PROST, Chief Judge, NEWMAN and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**